UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENDRELLE BROWN**            **CIVIL ACTION**

**VERSUS**            **NO. 12-1411**

**ROBERT C. TANNER, WARDEN**            **SECTION "E"**

**ORDER**

The Court, having considered the petition,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the petitioner's objection to the Magistrate Judge's Report and Recommendation,[3] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly, **IT IS ORDERED** that the petition of Kendrelle Brown for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be and hereby is **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this   1st   day of July, 2013.

                                             **SUSIE MORGAN**
                                     **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.

[2] R. Doc. 14.

[3] R. Doc. 15.